**HELEN B. KIM, CSB 138209**
hkim@thompsoncoburn.com
**GEOFFREY L. WARNER, CSB 305647**
gwarner@thompsoncoburn.com
**THOMPSON COBURN LLP**
**2029 Century Park East, Suite 1900**
**Los Angeles, California 90067**
**Tel: 310.282.2500 / Fax: 310.282.2501**

Attorneys for Defendant,
CHARTER COMMUNICATIONS,
INC. aka SPECTRUM BILLING SERVICES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW NIEDRICH, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC.; aka SPECTRUM BILLING SERVICES, INC. <br><br> Defendant. | CASE NO. 2:17-cv-01656-TLN-AC <br><br> Assigned to the Honorable <br>Troy L. Nunley <br><br> **STIPULATION TO STAY ACTION AND TO SUBMIT THIS DISPUTE TO BINDING ARBITRATION** <br><br> [Proposed Order lodged concurrently herewith] <br><br> Complaint served: September 20, 2017 <br> Trial Date:          None Set |

  This Stipulation is entered by and between the parties, plaintiff, ANDREW NIEDRICH ("Plaintiff"), and defendant, CHARTER COMMUNICATIONS, INC. aka SPECTRUM BILLING SERVICES, INC. ("Charter"), through their respective undersigned counsel based upon the following facts:

  1. On September 20, 2017, Plaintiff served his Complaint filed in the United States District Court for the Eastern District of California;

  2. Charter filed its Answer and Affirmative Defenses (Dkt. No. 7) on November 8, 2017;

  3. Charter's Second Defense states that Plaintiff's claims are subject to the terms and conditions of Charter's service agreement and subject to a valid and binding arbitration provision.

6656617

*See* Answer and Affirmative Defenses (Dkt. No. 7), at 6;

4. After some preliminary discussions, Charter sent Plaintiff's counsel an email on November 13, 2017 explaining the background of Plaintiff's account with Charter and, upon the request of Plaintiff, provided the Residential Services Agreement ("RSA") associated with Plaintiff's account that includes an arbitration provision encompasing all claims and disputes "arising out of or relating to [the] General Terms, the Services, the Equipment, or marketing of the Services Subscriber has received from Spectrum";

5. On November 14, 2017, Plaintiff's counsel reviewed the RSA and arbitration provision therein and agreed to stipulate to the arbitration of this dispute; and

6. The parties stipulate to staying this action pursuant to 9 U.S.C. § 3 pending the resolution of the Parties' arbitration proceedings which they agree will be held before the American Arbitration Association ("AAA").

**IT IS HEREBY STIPULATED** by and between Plaintiff Andrew Niedrich and Defendant Charter Communications, Inc. aka Spectrum Billing Services, Inc., that Plaintiff shall arbitrate all claims against Charter before the AAA pursuant to the terms of their written agreement, and this action is stayed pending the resolution of the arbitration proceedings.

DATED: November 15, 2017         **THOMPSON COBURN LLP**

By:  */s/ Geoffrey L. Warner*
     Helen B. Kim
     Geoffrey L. Warner

*Attorneys for Defendant,*
*CHARTER COMMUNICATIONS, INC.*

DATED: November 15, 2017         **LEMBERG LAW, LLC**

By:   */s/ Trinette G. Kent*
      *(as authorized on 11/15/2017)*
      Trinette G. Kent

*Attorneys for Plaintiff*

***I, Geoffrey L. Warner, the filer of document, attest that all other signatories listed herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, Suite 1900, Los Angeles, CA 90067.

On November 15, 2017, I served true copies of the following document(s) described as

**STIPULATION TO STAY ACTION AND TO SUBMIT THIS DISPUTE TO BINDING ARBITRATION**

on the interested parties in this action as follows:

| | |
|---|---|
| Trinette G. Kent, Esq.<br>LEMBERG LAW, LLC<br>3219 East Camelback Road, #588<br>Phoenix, AZ 85018 | *Attorney for Plaintiff ANDREW NIEDRICH* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 15, 2017, at Los Angeles, California.

/s/ Lauren A. Stevens
Lauren A. Stevens

6656617