HELEN B. KIM, CSB 138209
hkim@thompsoncoburn.com
GEOFFREY L. WARNER, CSB 305647
gwarner@thompsoncoburn.com
THOMPSON COBURN LLP
2029 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Attorneys for Defendant,
CHARTER COMMUNICATIONS,
INC. aka SPECTRUM BILLING SERVICES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW NIEDRICH,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.; aka SPECTRUM BILLING SERVICES, INC.<br><br>    Defendant. | CASE NO. 2:17-cv-01656-TLN-AC<br><br>Assigned to the Honorable<br>Troy L. Nunley<br><br>**ORDER RE STIPULATION TO STAY ACTION AND TO SUBMIT THIS DISPUTE TO BINDING ARBITRATION**<br><br>[Stipulation To Dismiss Action Without Prejudice And To Submit This Dispute To Binding Arbitration filed concurrently herewith]<br><br>Complaint served: September 20, 2017<br>Trial Date: None Set |

6656665

ORDER

# ORDER

The Court has read and considered the Stipulation entered between plaintiff, ANDREW NIEDRICH ("Plaintiff"), and defendant, CHARTER COMMUNICATIONS, INC. aka SPECTRUM BILLING SERVICES, INC. ("Charter") and, good cause appearing, Orders as follows:

1. The dispute in this action will be submitted to binding arbitration pursuant to the Residential Services Agreement governing Plaintiff's account; and

2. This action will be and is hereby stayed pending the resolution of the arbitration proceedings.

**IT IS SO ORDERED.**

Dated: November 28, 2017

Troy L. Nunley
United States District Judge